## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

     :   No. 1:25-CR-00274

v.      :

     : (Judge Neary)

SHAMSHER SINGH, and      :

GURJANT SINGH,      : Electronically Filed

Defendants.      :

## ORDER

**AND NOW,** this 1st day of April 2026, **IT IS HEREBY ORDERED** that the United States' Motion is **GRANTED**. The release Order of Magistrate Judge Carolyn K. Delaney, of the Eastern District of California, is **STAYED** pending a hearing on this matter and the defendants are ordered detained. A hearing on this matter is scheduled for April 15, 2026, at 1:30 p.m., before Chief Magistrate Judge Daryl F. Bloom.

BY THE COURT:

/s/ Keli M. Neary
_____

Keli M. Neary
United States District Judge